**Thomas BROOKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 102520**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 15, 2015

Gwenda Renee' Robinson, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster, Evan J. Buchheim, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Thomas Brooks ("Movant") appeals from the motion court's denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. He was sentenced to a total of 18 years of imprisonment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).